# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VALLEY FORGE INSURANCE COMPANY,

    Plaintiff,

v.                                            Case No. 8:09-cv-01776-EAK-TGW

DELL, INC., PANASONIC CORPORATION
OF NORTH AMERICA, LITE-ON IT
CORPORATION, AND LITE ON SALES
AND DISTRIBUTION, INC.,

    Defendants.

_____/

## ORDER AMENDING CAPTION AND SUBSTITUTING LITE-ON TECHNOLOGY CORPORATION IN PLACE OF LITE-ON IT CORPORATION

THIS CAUSE having come before the Court upon the Consent Motion to Substitute Lite-On Technology Corporation as Defendant in Substitution for Defendant Lite-On IT Corporation and to Amend Complaint, and the Court having reviewed the motion and being otherwise fully advised in the premises, it is hereupon ORDERED AND ADJUDGED as follows:

1. The Motion be and the same hereby is GRANTED.

2. Lite-On Technology Corporation is hereby joined in this action in place of defendant Lite-On IT Corporation.

3. All allegations that were asserted against Lite-On IT Corporation are now deemed to be asserted against Lite-On Technology Corporation.

4. Lite-On IT Corporation is hereby dismissed from this action.

5. Lite-On Technology Corporation shall have 20 days from the date of entry of this Order to serve and file its answer or other responsive pleading or motion to Plaintiff's Complaint asserting all defenses available to it other than service of process.

6. The caption is hereby amended such that Lite-On IT Corporation shall no longer be named in the caption, but Lite-On Technology Corporation shall be added as a defendant in the caption instead of Lite-On IT Corporation and the comma shall be taken out of the name of defendant Dell Inc. (it shall no longer be named as Dell, Inc. but instead as Dell Inc.).

7. The new caption shall be as follows:

VALLEY FORGE INSURANCE COMPANY,

    Plaintiff,

v.                                                Case No. 8:09-cv-01776-EAK-TGW

DELL INC., PANASONIC CORPORATION
OF NORTH AMERICA, AND LITE-ON
TECHNOLOGY CORPORATION,

    Defendants.
_____/

DONE AND ORDERED this 16th day of September 2009.

DISTRICT COURT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE